**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO-24-5102 -GF-JTJ** |
| **Plaintiff,** | **VIOLATIONS:** |
| | **E2029764** |
| **vs.** | **E2029766** |
| | **Location Code: M13** |
| **BRIDGER J. DAVID,** | |
| | **ORDER** |
| **Defendant.** | |

Based upon the United States' motion to accept the defendant's payment of a $200 fine and $30 processing fee for violation E2029766 (for a total of $230), and for good cause shown, **IT IS ORDERED** that the $230 fine paid by the defendant is accepted as a full adjudication of violation E2029766.

Based upon the United States' motion to dismiss the defendant's violation E2029764, **IT IS ORDERED** that violation E2029764 is **DISMISSED**.

//

//

//

//

**IT IS FURTHER ORDERED** that the initial appearance scheduled for

February 6, 2025, is **VACATED.**

DATED this 8th day of January, 2025.


John Johnston
United States Magistrate Judge